**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| | ) | |
| IN RE:  YASMIN AND YAZ | ) | 3:09-md-02100-DRH |
| (DROSPIRENONE) MARKETING, SALES | ) | |
| PRACTICES AND PRODUCTS LIABILITY | ) | MDL No. 2100 |
| LITIGATION | ) | |

**This Document Relates To:**

| | |
|---|---|
| *Shivanthi Ahendran v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:12-cv-10573-DRH |
| *Heather E. Auxier v. Bayer Corp., et al.* | No. 3:12-cv-10530-DRH |
| *Kirsti A. Bryson v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:12-cv-10113-DRH |
| *Ashley Summer Dawson v. Bayer Corp., et al.* | No. 3:12-cv-10527-DRH |
| *Sarah Gross v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:12-cv-20092-DRH |
| *Janet Hunsinger v. Bayer Corp., et al.* | No. 3:12-cv-10160-DRH |
| *Shaeleshni Lata v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:12-cv-10014-DRH |
| *Latisha Morrell v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:12-cv-10470-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court on defendants'

Motion to Dismiss with Prejudice.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order

granting defendant's Motion to Dismiss entered on June 18, 2013, the above

captioned cases are **DISMISSED with prejudice**.  Each party shall bear their own

costs.

**NANCY J. ROSENSTENGEL,**
**CLERK OF COURT**


**BY:___/s/*Sara Jennings***
**Deputy Clerk**

Dated:  June 20, 2013

David R.
Herndon
2013.06.20
14:56:33 -05'00'

APPROVED:

CHIEF JUDGE
U. S. DISTRICT COURT